Sylvester EARVIN, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 100868

Missouri Court of Appeals
Eastern District
DIVISION ONE

FILED: October 28, 2014

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J., and Glenn A. Norton, J.

*ORDER*

PER CURIAM

Sylvester Earvin ("Movant") appeals from the judgment of the motion court denying his amended motion for post-conviction relief pursuant to Rule 24.035 without an evidentiary hearing.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).